618

387 A.2d 918

Commonwealth v. Cornelius, Appellant.

 Argued November 16, 1977. Richard C. Schomaker, with him Barrante, Barrante & Schomaker, for appellant; Joseph W. Hernandez-Cuebas, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented and would grant a new trial because of prosecutorial misconduct.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

387 A.2d 918

Commonwealth v. Gilmore, Appellant.

 Argued December 12, 1977. David Kanner, for appellant; F. Becker, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.